IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ALLIED NEVADA GOLD CORP., et al., | ) | Bk. No. 15-10503 (MFW) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| BRIAN TUTTLE, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civ. No. 16-58-SLR |
| | ) | |
| ALLIED NEVADA GOLD CORP., | ) | |
| | ) | |
| Appellee. | ) | |

**O R D E R**

At Wilmington this 19ᵗʰ day of April, 2016, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **May 20, 2016**.

2. Appellee's brief in opposition to the appeal is due on or before **June 20, 2016.**

3. Appellant's reply brief is due on or before **July 6, 2016.**

_____
United States District Judge